**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| **PARTHENON UNIFIED MEMORY ARCHITECTURE LLC,** § § § **Plaintiff,** § § **v.** § § **SAMSUNG ELECTRONICS CO. LTD., SAMSUNG ELECTRONICS AMERICA, INC., AND SAMSUNG TELECOMM AMERICA LLC,** § § § § | | Case No. 2:14-cv-902-JRG-RSP (Lead) |
| **QUALCOMM INCORPORATED AND QUALCOMM TECHNOLOGIES INC.** § § § **Defendants.** § § § | | Case No. 2:14-cv-930-JRG-RSP (Consolidated) |

### ORDER GRANTING STIPULATION OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANTS QUALCOMM INC. AND QUALCOMM TECHNOLOGIES INC.

Before the Court is the Joint Stipulation of Dismissal of Defendants Qualcomm Inc. and Qualcomm Technologies Inc. pursuant to Federal Rule of Civil Procedure 41(a)(1). The Stipulation is GRANTED. All claims in this action brought by Parthenon Unified Memory Architecture LLC against Defendants Qualcomm Inc. and Qualcomm Technologies Inc. are hereby dismissed without prejudice. This stipulation has no effect on the lead case or other cases filed by Plaintiff.

**SIGNED this 5th day of August, 2015.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE